UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 21  PM 5:17

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                      Cr. No. 03-20039-B

TAMARCUS PITTMAN,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE RE-SENTENCING HEARING

---

For good cause shown, and without objection by the government, the re-sentencing hearing in this matter is hereby **RESET** for at least ten (10) days from Thursday, June 23, 2005 at 9:00 a.m., or until *Tuesday, July 12, 2005 @ 9:00 a.m.*

It is so **ORDERED**, this the 21st day of June, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-22-05

64

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CR-20039 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT